# EXHIBIT "A"

# Lloyd & Partners

| CENTURY | | 1353 |
|---|---|---|
| Policy No | | **LNP** |
| **B1353DC1703553000** | | |

| | | BKR |
|---|---|---|
| **MRC** | | |
| | | |
| | | DATE |
| | | |

Insured/Reinsured

Century Aluminum Company

Period

For LPSO use

For IUA use

For LIRMA use

Internal Use Only

AG9


6 8 3 7 5 8 2 7 0 0 3



**Lloyd &
Partners**

| B1353DC1703553000 |

**1353
LNP**

Page 1 of 46

## RISK DETAILS

**Unique Market
Reference:**
B1353DC1703553000

**Type:**
Marine Cargo Insurance

**Insured :**
**Century Aluminum Company** and/or **Lazar Anode Technologies LLC** and/or **Nordural ehf** and/or **Century Aluminium of South Carolina, Inc.** and/or **Century Aluminum of West Virginia, Inc,** and/or **Century California, LLC** and/or **Century Kentucky, Inc.** and/or **Century Aluminum Sebree LLC** and/or **Century Marketer LLC** and/or **Century Bermuda I Limited** and/or **Century Aluminum Holdings, Inc.** and/or **Century Anodes US, Inc** and/or Associated and/or Affiliated and/or Interrelated and/or Subsidiary Companies and/or Corporations as they now are or may hereafter be created and/or constituted and/or for whom the Insured receive instructions to insure and/or for whom the Insured have or assume a responsibility to arrange insurance, whether contractually or otherwise, as their respective rights and interests may appear hereinafter known as the Insured.

**Loss Payee:**
In accordance with the Insured 's business requirements it is agreed that Banks and/or mortgagees and/or lenders and/or similar interested parties are to be automatically included as Loss Payees herein as their respective rights and interests may appear in the subject-matter insured but only in so far as losses may be recoverable under the terms and conditions agreed herein. Details of such loss payee interests to be advised to and retained in the files of Lloyd & Partners.

**Address of the
Insured :**
1 South Wacker Drive
Suite 1000
Chicago
IL 60606
USA

**Period:**
Open Cover to take all insurances attaching hereto on or after 15 March 2017 at 00:01 hours Local Standard Time at the "Address of the Insured defined above" herein.  The anniversary date of this contract is deemed to be 15 March 2018 at 00:01 hours Local Standard Time at the "Address of the Insured" herein.

This Contract may be cancelled either by the Insured or by the Underwriters, by one party giving to the other, sixty days notice in writing to expire but seven days notice at any time in respect of War, Strikes, Riots, Civil Commotions and Malicious Damage Risks except in respect of sendings to or from United States of America, when Strikes, Riots, Civil Commotions and Malicious Damage Risks will be subject to forty eight hours notice of cancellation.  Notice, if given, not to apply to any risks which shall have commenced or been declared prior to termination of period of notice.

Internal Use Only
AG9



**Lloyd &
Partners**

B1353DC1703553000

1353
LNP

Page 2 of 46

**Conveyance:**

Any conveyances - Land, Water including Barges and Air.

Wherever the words "ship" or "vessel" appear in this contract, they are deemed to include any conveyance. Wherever the words "seaworthiness" or "ship or vessel owner" appear in this contract, they are deemed also to include the words "conveyance worthiness" or "conveyance owner".

**Situation /
Geographical
Areas:**

At and from any Port or Ports, Place or Places in the World to any Port or Ports, Place or Places in the World, including domestic and/or internal transits and storage (onshore or offshore) whilst in the ordinary course of transit.

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

**Interest:**

On goods and/or merchandise and/or cargo and/or interest of all descriptions, that being the property of the Insured and/or for which they are responsible or which they may require to insure and/or incidental to their business including but not limited to Coke, Alumina, Aluminum products and related materials shipped in and/or over. Further including increased value whether by reason of liability for and/or payment of freight and/or duty and/or any other charges on arrival or otherwise. Including Consequential loss as detailed elsewhere herein.

**Limits of
Liability:**

| | | |
|---|---|---|
| USD | 20,000,000 | any one Vessel, Aircraft, Postal Sending, Conveyance, or any one loss any one Location. |
| USD | 10,000,000 | any one barge tow as respects shipments between port and places within the United States. |

*Or equivalent in any other currencies*

**Basis of Valuation and Loss Settlement**

Valued at the highest valuation produced by Clause A, B or C as follows:

A. Invoice value (premium included), including all charges in the invoice and including prepaid and/or guaranteed and/or advanced freight, if any, or

B. The highest market value attained between the date of shipment and the earliest of the following dates:

1. Date of arrival of the carrying vessel at the port of destination.

2. Date of the total loss of the vessel or the cargo.

3. Date of report of the vessel being stranded, sunk, on fire, or in collision.

4. Due date of arrival of the vessel at its port of destination, in respect to missing vessels.

Internal Use Only
AG9

Case 4:18-cv-00118-HBB    Document 1-2    Filed 07/20/18    Page 5 of 53 PageID #: 21

**Lloyd &**
**Partners**

B1353DC1703553000

1353
**LNP**

Page 3 of 46

5. In all other cases not specified above, the date the extent of the loss becomes known to the Insured .

Less unincurred duty and unincurred or contingent freight charges, if any.

The Market Value of Alumina is to be determined by the current average spot price in United States currency as published in the **CRU International** plus freight, or

C. The Insured 's replacement cost of the lost or damaged goods with Alumina of comparable quality, including freight charges to the same destination less any unincurred expenses or charges. The Insured will submit to insurers 3 bids from different suppliers showing the replacement cost of the lost or damaged Alumina. The replacement cost shall be the average of the 3 bids, or as otherwise negotiated between insurers and the Insured . In no event will insurers be liable for more than the limit of insurance applicable to the lost or damaged Alumina. Insurers will not pay the replacement cost for the lost or damaged product unless such lost or damaged Alumina is actually replaced within 90 days of the date of loss.

The date of loss to be the earliest of the following dates:

1. Date of arrival of the carrying vessel at the port of destination.

2. Date of the total loss of the vessel or the cargo.

3. Date of report of the vessel being stranded, sunk, on fire, or in collision.

4. Due date of arrival of the vessel at its port of destination, in respect to missing vessels.

5. In all other cases not specified above, the date the extent of the loss becomes known to the Insured .

Foreign currency is to be converted into US Dollars at Banker's Sight Rate of Exchange current in New York on the day of the invoice.

**Conditions:**        Subject to the American Institute Cargo Clauses (Sept. 1, 1965) 32B-10 but with Clause No. 3 amended to read as follows: -

"Against all risks of physical loss of or damage to the subject-matter insured from any external cause".

Including War risks subject to the American Institute (AIMU) War Risk Only Open Policy (Cargo) (December 2, 1993) but average payable irrespective of percentage, the limitations in Clause 4 therein prevailing notwithstanding any provision whether written, typed or printed in the Policy inconsistent therewith.

Including Strikes risks subject to the American Institute (AIMU) S.R. & C.C. Endorsement (Form No. 10) (December 2, 1993), average payable irrespective of percentage.

As respects shipments of Aluminium coils, Insurers shall not pay for any loss or damage caused by or resulting from rust, oxidisation, bending or twisting.

### Access to Property

It is understood and agreed that should any governmental or civil authority deny the Insured access to subject-matter insured hereunder, as a result of damage to a building and/or structure and/or conveyance in which it is held from a peril insured against hereunder, such subject-matter insured which

Internal Use Only
AG9

cannot be retrieved shall be considered a total loss under the terms of this insurance contract.

Any salvage from subject-matter insured as described above shall be for the benefit of Insurers.

## Accumulation Clause

Should there be an accumulation of interest beyond the limits expressed in this Contract by reason of any interruption of transit and/or occurrence beyond the control of the Insured , or by reason of any casualty and/or at a transhipping point and/or in a connecting vessel or conveyance, then, provided notice is given to the Underwriters as soon as known to the Insured , the Underwriters shall be liable for the full amount at risk, but in no event shall they be liable for more than twice the Contract limit.

## Apportionment Of Recoveries Clause

Where a recovery is obtained from a carrier or other third party, such recovery shall be apportioned between the Insured and the Insurers in the same proportion as the respective parties hereto have borne the loss.

## Attachment and Termination of Cover

Notwithstanding the provisions of the American Institute Cargo Clauses (Sept. 1, 1965) 32B-10 and the American Institute (AIMU) S.R. & C.C. Endorsement (Form No. 10) (December 2, 1993), it is agreed that the "Duration of Cover Clause" herein is deemed paramount with regard attachment and termination of cover except for War and Terrorism risks defined by the relevant War and Terrorism Clauses, the limitations therein prevailing other than with respect to floating storage operations.

## Automatic Acquisition Clause

This contract is automatically extended to cover additional property and/or interests as described in this contract, which may be acquired or otherwise become at risk of the Insured during the Period of Insurance subject to the values of such additional property and/or interests being reported to Insurers participating hereon within a reasonable period of time. The values of such additional property and/or interests shall be allowed for in the Premium and Premium Adjustment Clause contained herein.

## Bill of Lading, etc.

The Insured is not to be prejudiced by the presence of the "Negligence" Clause and/or "Latent Defect" Clause in the Bills of Lading and/or Charter Party. The seaworthiness of the vessel as between the Insured and this company is hereby admitted and the wrongful act of misconduct of the shipowner or his servants causing a loss is not to defeat the recovery by an innocent Insured if the loss in absence of such wrongful act or misconduct would have been a loss recoverable under this contract. With leave to sail with or without pilots, and to tow and assist vessels or craft in all situations, and to be towed.

## Brands Clause

The Insured shall have full rights to possession of all goods bearing embossed or indented brands or labels or other permanent markings and/or packed within trade marked cartons identifying the Insured as the manufacturer thereof, or the sale of which carries or implies a guarantee of the supplier or of the Insured , or exclusive and/or secret formulas that may be involved in any loss hereunder, and shall retain control of all such goods.

Internal Use Only
ΔGΩ

**Lloyd &
Partners**

B1353DC1703553000

1353
**LNP**

Page 5 of 46

On shipments covered under this insurance, Underwriters are to pay a total loss on any and all goods and/or packaging damaged by risks insured against, which the Insured elects to either destroy or return to their factory, or recondition, Underwriters being entitled to such salvage as may be obtained.

The Insured shall be the sole judge as to whether the goods involved in any loss hereunder are suitable for marketing and no goods deemed by the Insured to be unfit for marketing shall be sold or otherwise disposed of except by the Insured or with the Insured 's consent, but the Insured shall allow Underwriters any salvage obtained on any sale or other disposition of such goods.

### Certificates of Insurance

It is agreed to issue "Payable Abroad" and/or "Payable London" Certificates of Insurance on any format, Underwriters paying the fee and cost subject to the following:

"The Institute Clauses referred to herein are those current at the inception of the Open Cover but should such Clauses be revised during the period of this Open Cover, and provided that Underwriters shall have given notice thereof, in accordance with the cancellation provisions herein, then the revised Institute Clauses shall apply to risks attaching subsequent to the date of expiry of the said notice"

Insurers agree to issue certificates via the Lloyd's Electronic Cargo Certificates system in accordance with its terms and conditions of use and further agree to be bound, subject to Contract terms and conditions, for their respective shares by such certificates. Insurers further agree to pay their respective shares of the costs incurred from the use of the Lloyd's Electronic Cargo Certificates system in relation to this Contract. The Insured hereunder acknowledges Lloyd's Electronic Cargo Certificates system declarations as validly made against this Contract and agrees to pay premiums due under this Contract resulting from such declarations.

### Civil Authority Clause

Notwithstanding anything contained in this Policy, it is understood and agreed that property which is insured under this Policy is also covered against the risk of damage or destruction by civil authority during a conflagration or for the purpose of retarding the same; provided that neither such conflagration nor such damage or destruction is caused or contributed to by War perils elsewhere excluded herein.

### Claims Surveyor

CSL Group shall be appointed as the Contract Claims Surveyor, as required.

### Co-mingling Clause

When bulk goods insured hereunder are stowed in such a manner as to be co-mingled with other bulk shipmnts belonging to and/or insured by others or owned by the Insured and intended for different consignees, it is agreed that in the event of loss of or damage recoverable under this contract, such loss or damage shall be prorated in accordance with the respective interest(s) of the party or parties involved in the ratio that the quality of product belonging to each party bears to the total quantity of product comingled.

Should the portion of the comingled cargo delivered to the Insured /consignee be lost and/or damaged in a percentage greater than the ratio

Internal Use Only
ΛΟΩ


mentioned in the previous paragraph, Insurers will pay the recoverable loss in full, subject to the applicable contract limit, but not exceeding the Insured value, subject to the applicable deductible, if any.

Insurers will be subrogated to all rights against carriers and/or third parties, including other cargo owners to the extent that Insurers have borne the loss in excess of their pro rata portion.

### Concealed Damage Clause

It is agreed that any loss or damage discovered on opening containers, cases and/or packages shall be deemed to have occurred during the transit insured hereunder (and irrespective of attachment of Insured 's interest) and shall be paid for accordingly unless proof conclusive to the contrary be established, it being understood that any containers, cases and/or packages showing signs of damage are to be opened immediately on the cessation of risk hereunder.

### Container Clause

Notwithstanding anything contained herein to the contrary where cargo, insured hereunder, is carried in containers, it is agreed, as between the Insured and Underwriters, that the seaworthiness and/or cargo-worthiness of the container is hereby admitted.

It is agreed that this Policy is also to pay for shortage of contents (meaning thereby the difference between the number of packages as per shippers and/or suppliers invoice and/or packing list loaded or alleged to have been laden in the container and/or trailer and/or vehicle load and the count of packages removed therefrom taken by the Insured and/or their agent at time of container emptying) notwithstanding that seals may appear intact, and/or any other loss and/or damage including but not limited to cargo and/or container sweat, howsoever arising.

### Contingency Insurance for Insured as Consignee

This insurance is also specially to cover goods purchased and paid for by the Insured on terms which do not obligate them to provide insurance, if there is loss or damage from a peril insured herein, and the Insured cannot collect from the seller, insurance provided by the seller, or other party, because of refusal or inability to pay.

Insurers shall advance to the Insured , as a loan, the amount of loss as provided herein. Such loss to be repayable upon remittance of the sum due the Insured by the seller, the insurance provided by the seller or otherwise.

Goods insured under this coverage shall be valued at the amount of the seller's invoice, plus freight and other charges (if not included in the invoice). This insurance is for the sole account of the Insured and in no event is it to insure to the benefit of sellers, their insurers or any other party.

It is a condition precedent to this coverage that the Insured shall not divulge the existence of this coverage to any party. Such disclosure shall void coverage provided by this clause.

The Insured shall preserve their rights against the seller and the insurance provided by the seller or other parties and, upon receipt of payment from insurers, shall subrogate to insurers all such rights and shall give assistance, other than pecuniary, in enforcing them.

Internal Use Only
AG9

## Contingency Insurance for Unpaid Vendor

This insurance is also specifically to cover goods sold by the Insured on terms which do not obligate them to provide insurance, if there is loss or damage from a peril insured herein, and the Insured cannot collect from the consignee or other party because of refusal or inability to pay.

Insurers shall advance to the Insured, as a loan, the amount of loss as provided herein. Such loss to be repayable upon remittance of the purchase price by the buyer or otherwise. Goods insured under this coverage shall be valued at the amount of the Insured 's invoice, plus freight and other charges (if not included in the invoice). This insurance is for the sole account of the Insured and in no event is it to inure to the benefit of buyers, consignees or any other party.

It is a condition precedent to this coverage that the Insured shall not divulge the existence of this coverage to any party. Such disclosure shall void coverage provided by this clause.

The Insured shall preserve their rights against the buyer or other parties and, upon receipt of payment from insurers, shall subrogate to insurers all such rights and shall give all assistance, other than pecuniary, in enforcing them.

## Control of Damaged Goods

In case of damage to goods insured hereunder, the Insured and/or their representative are to retain control of all damaged goods which shall not be sold or otherwise disposed of without consent. The Insured agrees whenever practicable to recondition and sell such goods after removal of all brands and/or trade marks. Any recovery as a result of subrogation proceedings, shall accrue to the Insured in proportion that the amount of the deductible bears to the amount of the entire loss.

## Customs and/or Immigration Authority Inspection(s)

This insurance is also specially to cover (notwithstanding the War Exclusion Clause contained herein) physical loss of or damage to the subject-matter insured arising out of the performance of inspection duties by the relevant Customs and/or Immigration Authorities or another duly constituted governmental agency of any State or Territory who are performing inspection duties in accordance with any governmental law, statute, mandate, rule or regulation covering the import or export of said subject-matter into or from the applicable State or Territory, or covering whilst said subject-matter is passing through such State or Territory prior to coming within the jurisdiction of the State or Territory of destination.

## Debris Removal Clause

This insurance is extended to cover, in addition to any other amount recoverable under this insurance, extra expenses reasonably incurred by the Insured for the removal and disposal of debris of the subject-matter insured, or part thereof, by reason of damage thereto caused by an insured risk, but excluding absolutely

1) any expenses incurred in consequence of or to prevent or mitigate pollution or contamination, or any threat or liability therefor.

2) the cost of removal of cargo from any vessel or craft.

In no case shall the insurers be liable under this Clause for more than 10% of the proportionate insured value under this policy of the damaged subject-matter removed.

Internal Use Only
AG9

**Lloyd & Partners**

| B1353DC1703553000 |

**Deductible Clause**

All claims for loss, damage or expense resulting from any one occurrence or series of occurrences arising out of one event, shall be adjusted as one claim, and from the amount of such adjusted claim there shall be deducted the sum of USD 100,000 (or equivalent in any other currencies) but USD 25,000 in respect of Extra Expense (or equivalent in any other currencies).

Notwithstanding the foregoing, claims recoverable under the American Institute Cargo Clauses (unamended), the American Institute War, the American Institute Strikes and General Average, Salvage, Extra Expense and Sue and Labour Charges shall be payable in full.

The Insured is granted the authority to issue Certificates of Insurance without reference to any deductible or deductibles incorporated under this insurance, for letter of credit purposes. Insurers to settle any recoverable claim in full but Insurers hereon to be reimbursed by the Insured for all claims, up to the amount of said deductible or deductibles, paid by the Insurers which fall within the applicable deductible or deductibles. It being further agreed that any additional costs incurred in respect of settlement of CPA claims to be borne by Insurers.

**Deliberate Damage Pollution Hazard Clause**

This Policy is extended to cover loss of or damage to the subject matter insured hereunder directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard or threat thereof, provided a recoverable claim would have resulted under the Policy (subject to all its terms, conditions and warranties) had the subject matter insured sustained physical loss or damage as a direct result of the accident or occurrence which gave rise to the threatened pollution hazard.

This clause shall not increase the Limits of Liability provided for in this Policy.

**Deliberate Damage - U.S. Customs Service**

This insurance is also specifically to cover (notwithstanding the Free of Capture & Seizure warranty contained herein) physical loss of or damage to the goods insured arising out of the performance of inspection duties by the U.S. Customs Service or another duty constituted governmental agency of the United States who are performing inspection duties of or for the U.S. Customs Service.

**Demurrage Charges**

If the Insured is instructed by insurers to hold an intermodal container, and if the Insured is assessed a late penalty and/or demurrage charge for holding the intermodal container past the return date, insurers will pay the late penalties and/or demurrage charges. The amount insurers will pay shall be the charges assessed from the time insurers direct the Insured to hold the container until the time insurers informs the Insured that the container can be released.

**Difference in Conditions/Increased Value /Guarantee of Collectability**

If any goods insured hereunder are covered by other insurance, this insurance is also specifically to cover:

1.    **Difference In Conditions:**

Any perils not covered by other insurance but which are covered under the terms of this contract.

Internal Use Only
AG9

# Lloyd & Partners

B1353DC1703553000

**1353**
**LNP**

2. **Increased Value:**

Any difference between the value insured by other insurance and the value in accordance with the applicable valuation clause of this contract.

3. **Guarantee of Collectability:**

If the Insured cannot collect under other insurance for loss and/or damage by perils covered under the terms of this contract, insurers shall advance, as a loan, the amount of loss as provided herein. Such loss is to be repayable upon remittance of any sum due from other insurance.

**Duration of Cover Clause**

The insurance hereunder attaches from the time the subject matter becomes at the Insured 's risk or the Insured assumes interest anywhere in the world and continues whilst the subject matter is in transit and/or in store (whilst in the ordinary course of transit) or elsewhere including during delays within or beyond the Insured 's control, and further including any interest held for the purpose of packing and/or preparation and/or consolidation and/or deconsolidation and until finally delivered to intended final destination and/or the Insured 's responsibility ceases anywhere in the world, irrespective of terms of purchase and/or sale.

Including risks in customs and transhipment, craft and barge risks, whether customary or otherwise.

Further including the risks of loading prior to despatch and unloading after arrival at Insured 's or consignee's premises, including containers and/or contents where covered hereunder.

**Extra Expense Clause**

Notwithstanding anything herein to the contrary this insurance is also to indemnify the Insured for up to USD **1,000,000** each and every loss and in the aggregate per annum in respect of additional expenses incurred by the Insured in attempting to prosecute an intended voyage covered hereunder whether such attempt may ultimately prove successful or otherwise (including but not limited to extra chartering costs and/or storage costs and/or transhipment costs and/or guarantees and all other forwarding costs including by any alternative means of conveyance) as a result of one or more of the following occurrences:

(a) the vessel and/or conveyance on which the cargo is being carried or is intended to be carried being arrested, restrained (including but not limited to restriction of access to port(s) and/or place(s) of loading and/or discharge and/or any other area in-between), detained and/or otherwise delayed for any time period and as a result of any reason whatsoever, excluding however financial default and/or insolvency of the Insured.

(b) the Cargo being forcibly discharged from the vessel and/or conveyance as a result of any reason whatsoever, excluding however financial default and/or insolvency of the Insured.

(c) loss of, mechanical breakdown of, or damage to the hull, machinery (including electrical machinery and boilers) and/or equipment of the vessel and/or conveyance on which the cargo is being carried or is intended to be carried

(d) the vessel and/or conveyance on which the cargo is being carried or is intended to be carried encountering or having to divert to avoid adverse weather conditions of any description including but not limited

Internal Use Only
AG9

to heavy weather.

(e) when the subject matter insured is not delivered to the destination contemplated due to circumstances beyond the control of the Insured.

The coverage afforded hereunder is in addition to the Sum Insured and/or Limits of Liability herein furthermore, in no case shall this clause be deemed to limit in any way cover otherwise provided for elsewhere in this insurance.

### F.O.B.; F.A.S.; C&F Sales

This insurance is extended to cover, subject to its terms and conditions, export shipments sold by the Insured on F.O.B., F.A.S., C&F or similar terms of sale which do not obligate them to provide insurance for the overseas movement.

Insurance provided by this clause shall cover physical loss or damage which would have been recoverable under this contract had the goods been sold on C.I.F. terms and insured according to the terms customarily used in respect to the goods at risk.

Goods insured under this coverage shall be valued at the amount of the Insured 's invoice, plus freight and other charges (if not included in the invoice).

This insurance attaches from the time the goods leave the warehouse at the place named in the contract, certificate, or declaration for the commencement of transit and continues while the goods are in the ordinary course of transit until the Insured 's interest ceases or at the time of transfer or title, whichever shall first occur, but in no event beyond the time of loading aboard the overseas conveyance.

The insurance provided under this clause shall not cover any loss or damage which at the time of happening of such loss or damage is insured by or would but for the existence of this insurance be insured by any other or policies, except for the excess beyond the amount which would have been payable under such other contract or contracts had this insurance not been effected, and in no event shall it inure to the benefit buyers, consignees or any other party.

The Insured agrees to report in accordance with the reporting terms of this contract the insured values of all such shipments and to pay premium thereon at rates as agreed.

### Fraudulent Documents

This policy covers physical loss of or damage to goods and/or merchandise insured hereunder through the acceptance by the Insured and/or their Agents and/or Shippers of fraudulent shipping documents, including but not limited to Bill(s) of Lading and/or Shipping Receipt(s) and/or Messenger Receipt(s) and/or Warehouse Receipts and/or other shipping document(s)

This policy is also to cover physical loss of or damage to goods insured caused by utilisation of legitimate Bill(s) of Lading and/or other shipping documents without the authorisation and/or consent of the Insured or their Agents and/or Shippers.

### Fumigation Clause

In the event of goods insured herein being fumigated and loss and/or damage arises therefrom (including loss or damage to the goods arising out of fumigation of any vessel, wharf, warehouse or any other storage facility, location or carrying conveyance in or on which the goods are, will

Internal Use Only
ACO

Case 4:18-cv-00118-HBB    Document 1-2    Filed 07/20/18    Page 13 of 53 PageID #: 29

be or have been located) and subject to such fumigation having been required by properly constituted authorities, Insurers agree to indemnify the Insured for such loss and/or damage. The Insured hereby agree to subrogate to Insurers any recourse that they may have for recovery of such loss or damage from others.

It is further understood and agreed that in the event of goods insured under this Contract being wetted while in transit or while under the protection of insurance as provided in this contract and the quality of the goods is thereby affected, the extra expenses of drying will be reimbursed by Insurers provided always that the insuring conditions applying to the goods or shipment involved include water damage as an insured peril.

### General Average Clause

This insurance covers general average and salvage charges, adjusted or determined according to the contract of affreightment and/or the governing law and practice (or, if there is no contract of affreightment, according to Foreign Statement or to York-Antwerp Rules) incurred to avoid or in connection with the avoidance of loss from any cause except those specifically excluded herefrom.

For the purpose of claims for general average contributions and salvage charges recoverable hereunder, the subject-matter insured shall be deemed to be insured for its full contributory value.

General average deposits shall be payable on production of general average deposit receipts.

### Import Duty

This insurance is also specifically to cover the risk of partial loss on the duties imposed on goods insured. However, when the risk upon the goods continues beyond the time of landing from the overseas vessel, the increased value, consequent upon the payment of such duties, shall attach as an additional insurance upon the goods. Any limit of liability expressed in this contract shall be applied separately to such increased value. The Insured shall, in all cases, use reasonable efforts to obtain abatement or refund of duties paid or claimed on goods lost, damaged or destroyed. It is further agreed that the Insured shall, when Insurers elect, surrender the goods to the customs authorities and recover duties thereon as provided by law, in which event the claim under this contract shall be only for a total loss of the goods so surrendered, and expenses.

### Increased Value on Arrival Clause

On Increased Value of Cargo as described herein (whether such cargo is insured herein or otherwise) by reason of liability for and/or payment of freight and/or duty and/or levy and/or any charges on arrival at the place where these or any of them become due or otherwise.

This policy covers all the risks and embodies all the liberties clauses and conditions of the insurance on the cargo referred to above and is to be for the duration of such insurance on such cargo.

This policy is to pay the same proportion of the amount of insurance hereunder as the sum paid on the cargo insurance referred to above bears to the amount of such cargo insurance except that until the liability to pay freight and/or duty and/or levy and/or charges arises this policy only covers particular and/or general average loss (other than liability for general average expenditure) of the cargo referred to above.

Should the liability to pay freight and/or duty and/or levy and/or charges be extinguished or diminished, then this insurance in the proportion of such extinction or diminution shall be deemed to be reduced.

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**
Page 12 of 46

Also including the Insured 's liability for the payment of duty, following loss of or damage to the insured Interest recoverable hereunder, to the Authority of any country through which the Interest may pass prior to coming within the jurisdiction of the country of destination.

**Insurable Interest Clause**

Notwithstanding that the interest insured hereunder may be purchased on "Free on Board" and/or "Cost and Freight" and/or "Free Along Side" or similar terms, it is agreed that the risk hereunder shall attach from the time of handling for the purposes of loading onto the carrying vehicle at the Suppliers Premises; Underwriters being subrogated to the Insured 's rights of recourse against the suppliers and/or any other interested parties.

Notwithstanding that the interest insured hereunder may be sold "CIF (Cost, Insurance and Freight) Port of Discharge", or similar terms, it is agreed that cover continues through to Buyer's inland destination. Underwriters to be subrogated to the Insured 's right of recourse against the consignees and/or their Insurers.

In no case shall this clause be deemed to limit in any way cover otherwise provided for elsewhere in this insurance.

In no case shall this insurance contribute in double insurance.

**Interruption of Transit of Damaged Goods**

It is agreed that goods taken out of the ordinary course of transit upon the instructions of surveyors appointed by or on behalf of these insurers for the purposes of establishment of loss or damage, shall be covered, subject to original terms and conditions applying to such shipment.

**ISM and/or ISPS Provisions**

1.  In no event shall this Insurance be prejudiced where the subject-matter insured is shipped on a Vessel and/or Conveyance in breach of the SOLAS Convention 1974 as amended.

2.  This insurance is extended to reimburse the Insured , up to the limit of the sum insured for the voyage, for any extra charges properly and reasonably incurred in unloading, storing and forwarding the subject-matter to the destination to which it is insured hereunder or to a substitute destination or until returned to the point of shipment, all at the Insured 's election, following release of cargo from a vessel arrested and/or detained and/or restrained (including but not limited to restriction of access to port(s) and/or place(s) of loading and/or discharge and/or any other area in-between) at or diverted to any other port or place where the voyage is terminated due either

    (a)  to such vessel not being certified in accordance with the ISM and/or ISPS Code.

    Or

    (b)  to a current Document of Compliance (ISM) not being held by her owners or operators

    as required under the SOLAS Convention 1974 as amended.

    This clause, which does not apply to General Average or Salvage or Salvage Charges, is subject to all other terms conditions and exclusions contained in the policy.

Internal Use Only
AG9



**Knowledge of the Insured**

It is agreed that knowledge of the Insured shall in all circumstances be deemed to occur only when it becomes known to the Insurance Risk Manager.

**Labels Clause**

In case of damage affecting labels, capsules or wrappers the Insurers, if liable therefor under the terms of this contract, shall not be liable for more than an amount sufficient to pay the cost of new labels, capsules or wrappers, and the cost of reconditioning the goods, but in no event shall the insurers be liable for more than the insured value of the damaged merchandise.

**Letter of Credit Clause**

Notwithstanding the conditions of the Contract it is agreed that Certificates and/or Policies may be issued hereunder to enable the Insured to comply with the insurance requirements of any letter of Credit and/or Sales Contract concerned, provided the cover required is not wider than that provided by the current Contract Wording. In the event that wider coverage is required, prior agreement of Underwriters is to be obtained, such agreement being subject to the payment of any Additional Premium which may be required.

It is also agreed that regardless of the conditions on which any Certificates and/or Policies may be issued pursuant to the foregoing, the Insured named herein shall continue to enjoy the full protection of this Contract.

**Local Insurance**

It is noted and agreed that where the Insured or any of their associated, subsidiary or affiliated Companies are obliged by legislation or otherwise to insure locally, they shall continue to have full benefit of the protection afforded by this Contract.

It is also agreed that following the payment of a claim hereunder, the Insurers shall be subrogated to all rights and remedies of the Insured (as above defined) under such local insurance and in no case shall this insurance contribute in double insurance.

**Marine Consequential Loss Insurance (ECB Form Amended) - General Cover**

**Risks Covered**

1. This insurance covers up to USD 3,000,000 in respect of standing charges, debt service, or profit ascertained in the of manner hereinafter provided, during the indemnity period of 15 months, due to the production during such period falling short of the standard production (hereinafter defined) as a result of loss of or damage to or delay in the delivery of the property as described in the schedule hereto (or any part thereof) caused by:

   *Risk Clause*

   1.1 a risk which would be covered under the terms, clauses and conditions of this insurance.

      *Loss Caused by Loss of or Damage to Property*

   1.2 loss of, mechanical breakdown of, or damage to the hull, machinery and/or equipment of the vessel or aircraft on which any of the property is being carried or is intended to be carried

Internal Use Only
AG9

Case 4:18-cv-00118-HBB    Document 1-2    Filed 07/20/18    Page 16 of 53 PageID #: 32

**Lloyd &
Partners**

B1353DC1703553000

1353
**LNP**

Page 14 of 46

which would be covered either

1.2.1    under an insurance effected subject to the MAR91 Policy Form with the Institute Voyage Clauses   Hulls CI.285 1.10.83 and/or Institute War and Strikes Clauses Hulls    Voyage CI.295 1.10.83 attached, or

1.2.2    under an Aircraft All Risks Policy including War, Hi jacking and Allied Perils

### *Loss Caused by Loss of, Mechanical Breakdown of, or Damage to Vessel or Aircraft*

1.3    loss of, mechanical breakdown of, or damage to any other conveyance on which any of the property is being carried or is intended to be carried from any fortuitous cause

### *Loss Caused by Loss of, Mechanical Breakdown of, or Damage to other Conveyance*

1.4    the vessel aircraft or other conveyance on which any of the property is carried or is intended to be carried being involved in a General Average, Salvage or Life-saving operation

### *Loss Caused by General Average, Salvage or Life Saving Operation*

## 2.    Duration

2.1    As per Section 1 of this insurance.

2.2    The protection afforded by Paragraphs 1.2, 1.3 and 1.4 above shall operate in respect of vessels or craft from the time that the vessel or craft comes alongside the berth or mooring point at which the property is to be loaded thereon (including any casualties or incidents arising during such berthing or mooring) and in respect of conveyances (including aircraft) from the time that the conveyance arrives at the place where the property is to be loaded thereon.
### *Attachment and Termination of Insurance*

## 3.    Deductible

14 days.

## 4.    Measure of Indemnity

The sum payable as an indemnity under this insurance shall be:

4.1 In respect of reduction in production: the sum produced by applying the rate of standing charges to the amount by which the production during the indemnity period shall in consequence of one or more of the occurrences listed in 1.1, 1.2, 1.3 or 1.4 above fall short of the standard production.

4.2 In respect of increase in cost of working: additional expenditure reasonably and necessarily incurred for the sole purpose of avoiding or diminishing the reduction in production which would have taken place during the period of indemnity in consequence of the contingency, but not exceeding the sum produced by applying the rate of standing charges to the amount of the reduction thereby avoided.

Less any sum saved during the indemnity period in respect of such standing charges as may cease or be reduced in consequence of the

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

damage.

Provided that if the sum insured be less than the sum produced by applying the rate of standing charges to the annual production any amount payable under this contract shall be proportionately reduced.

## 5    Exclusions

In no case shall this insurance cover

5.1    loss of or damage to the property as described in the schedule hereto or any expenses recoverable under the insurance on such property.

*Loss of or Damage to Property*

5.2    any claim for delay caused by the unreasonable withholding of Guarantees as result of repairs to the property insured not being acceptable to the Manufacturer or his representative, providing such repairs have been carried out with materials and in a manner approved by insurers' Surveyor, or a Surveyor of one of the Classification Societies listed in the Institute Classification Clause or by a Surveyor of, or approved by, the London Salvage Association.

*Delay Caused by Withholding of Guarantees*

## 6.    Claims

6.1    In the case of a claim under this insurance the Insured shall satisfy the insurers as regards the extent of the anticipated production and specified standing charges by all reasonable evidence, producing inter alia communications and/or guarantees of the suppliers or manufacturers as to the property's production capacity.    Further, the Insured shall produce and furnish to the insurers such books of account and other business books, vouchers, invoices, balance sheets and other documents, proofs, information, explanation and other evidence as may reasonably be requested by the insurers for the purpose of investigating or verifying the claim.

6.2    If the property insured hereunder is damaged or appears to be damaged on arrival the insurers of this insurance shall be advised immediately; whether they are the insurers of the property or not, the  insurers of this insurance may at their own expense less any expenses covered under Paragraph 5.1 above upon receipt of such advice, take any action they consider necessary to minimise the loss hereunder

6.3    If the scheduled "start-up" date of this project is delayed or postponed by a cause not covered under this insurance then the new "start up" date shall be the basis for any claim hereunder.

## 7.    Special Conditions

It is a condition of this insurance that

7.1    the property as described in the schedule hereto is insured against Marine and War and Strikes risks on the conditions on which the interest is customarily insured.

7.2    the oversea vessel(s) comply(ies) with the provisions of the

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**

Institute Classification Clause Cl.354 1.1.01.

8. **Definitions**

8.1 **Gross Profit**

The sum produced by adding to the expected net profit amount of all standing charges appertaining to the property, or if there be no expected net profit the amount of all such standing charges less any net trading loss.

8.2 **Expected Net Profit**

The net trading profit (exclusive of all capital receipts and accretions and all outlay properly chargeable to capital) as is reasonably expected to result from the operation of the property after due provision has been made for all standing and other charges appertaining to the property.

8.3 **Standing Charges**

All charges of the Insured 's trade which are not affected by any change in the output of the business and which remain to be paid in full, such as rent, taxes and interest, depreciation of buildings, machinery, and other plant.

8.4 **Production**

The revenue of the goods produced or to be produced by the property.

8.5 **Rate of Gross Profit**

The rate of gross profit that would have been earned on the standard production to be brought about by the property but for the contingency.

8.6 **Standard Production**

The revenue of the goods as they were reasonably expected to be produced during the Indemnity period but for the contingency.

8.7 **Annual Production**

The anticipated production during the twelve months immediately following the commencement of production.

8.8 **Rate of Standing Charges**

The proportion expressed as a percentage of standing charges to the annual production.

8.9 **Indemnity Period**

The indemnity period begins on the date which, but for the contingency, the property would have been put into use or operation and ending not later than 15 months thereafter during which period the production reasonably expected to be achieved by the property is affected in consequence of the contingency.

Internal Use Only
AG9

**Lloyd & Partners**

B1353DC1703553000

**1353**
**LNP**
Page 17 of 46

8.10 Applying to 8.5, 8.6, 8.7 and 8.8 above

Based upon the estimated production programme of the business, to which such adjustments shall be made as may be necessary to provide for the trend of the business and for variations in or special circumstances affecting the business either before or after the expected date that the property should have been put into use or operation but for the contingency or which would have affected the business had the contingency not occurred, so that the figures thus adjusted shall represent as nearly as may be reasonably practicable the results which but for the contingency would have been obtained during the relative period after the date that the property should have been put into use or operation

9.    **Minimising Losses**

It is the duty of the Insured and their servants and agents in respect of loss recoverable hereunder

9.1    to take such measures as may be reasonable for the purpose of averting or minimising such loss, and

9.2    to ensure that all rights against carriers, bailees or other third parties are properly preserved and exercised and the insurers will, in addition to any loss recoverable hereunder, reimburse the Insured for any charges properly and reasonably incurred in pursuance of these duties.

*Duty of Insured Clause*

10.    Measures taken by the Insured or the insurers with the object of saving, protecting or recovering the subject matter insured shall not be considered as a waiver or acceptance of abandonment or otherwise prejudice the rights of either party.

*Waiver Clause*

11.    **Avoidance in Delay**

It is a condition of this insurance that the Insured shall act with reasonable despatch in all circumstances within their control.
*Reasonable Despatch Clause*

**Marine Consequential Loss Insurance (ECB Form Amended) - To be Agreed Prior to Attachment in respect of Rectifire Transformer.**

**Risks Covered**

1.    This insurance covers up to USD 5,000,000 in respect of TBA as ascertained in the of manner hereinafter provided, during the indemnity period, due to the production during such period falling short of the standard production (hereinafter defined) as a result of loss of or damage to or delay in the delivery of the property as described in the schedule hereto (or any part thereof) caused by:

*Risk Clause*

1.1    a risk which would be covered under the terms, clauses and conditions of this insurance.
*Loss Caused by Loss of or Damage to Property*

1.2    loss of, mechanical breakdown of, or damage to the hull, machinery and/or equipment of the vessel or aircraft on which

Internal Use Only
AG9

any of the property is being carried or is intended to be carried which would be covered either

1.2.1    under an insurance effected subject to the MAR91 Policy Form with the Institute Voyage Clauses  Hulls Cl.285 1.10.83 and/or Institute War and Strikes Clauses Hulls    Voyage Cl.295 1.10.83 attached, or

1.2.2    under an Aircraft All Risks Policy including War, Hi jacking and Allied Perils

### *Loss Caused by Loss of, Mechanical Breakdown of, or Damage to Vessel or Aircraft*

1.3    loss of, mechanical breakdown of, or damage to any other conveyance on which any of the property is being carried or is intended to be carried from any fortuitous cause

### *Loss Caused by Loss of, Mechanical Breakdown of, or Damage to other Conveyance*

1.4    the vessel aircraft or other conveyance on which any of the property is carried or is intended to be carried being involved in a General Average, Salvage or Life-saving operation

### *Loss Caused by General Average, Salvage or Life Saving Operation*

## 2.    Duration

2.1    As per Section 1 of this insurance.

2.2    The protection afforded by Paragraphs 1.2, 1.3 and 1.4 above shall operate in respect of vessels or craft from the time that the vessel or craft comes alongside the berth or mooring point at which the property is to be loaded thereon (including any casualties or incidents arising during such berthing or mooring) and in respect of conveyances (including aircraft) from the time that the conveyance arrives at the place where the property is to be loaded thereon.
### *Attachment and Termination of Insurance*

## 3.    Deductible

To be agreed.

## 4.    Measure of Indemnity

The sum payable as an indemnity under this insurance shall be:

4.1 In respect of reduction in production: the sum produced by applying the rate of standing charges to the amount by which the production during the indemnity period shall in consequence of one or more of the occurrences listed in 1.1, 1.2, 1.3 or 1.4 above fall short of the standard production.

4.2 In respect of increase in cost of working: additional expenditure reasonably and necessarily incurred for the sole purpose of avoiding or diminishing the reduction in production which would have taken place during the period of indemnity in consequence of the contingency, but not exceeding the sum produced by applying the rate of standing charges to the amount of the reduction thereby avoided.

Less any sum saved during the indemnity period in respect of such

Internal Use Only
AC9

**Lloyd &
Partners**

| B1353DC1703553000 |

**1353
LNP**

standing charges as may cease or be reduced in consequence of the damage.

Provided that if the sum insured be less than the sum produced by applying the rate of standing charges to the annual production any amount payable under this contract shall be proportionately reduced.

## 5    Exclusions

In no case shall this insurance cover

5.1    loss of or damage to the property as described in the schedule hereto or any expenses recoverable under the insurance on such property.

### *Loss of or Damage to Property*

5.2    any claim for delay caused by the unreasonable withholding of Guarantees as result of repairs to the property insured not being acceptable to the Manufacturer or his representative, providing such repairs have been carried out with materials and in a manner approved by insurers' Surveyor, or a Surveyor of one of the Classification Societies listed in the Institute Classification Clause or by a Surveyor of, or approved by, the London Salvage Association.

### *Delay Caused by Withholding of Guarantees*

## 6.    Claims

6.1    In the case of a claim under this insurance the Insured shall satisfy the insurers as regards the extent of the anticipated production and specified standing charges by all reasonable evidence, producing inter alia communications and/or guarantees of the suppliers or manufacturers as to the property's production capacity.    Further, the Insured shall produce and furnish to the insurers such books of account and other business books, vouchers, invoices, balance sheets and other documents, proofs, information, explanation and other evidence as may reasonably be requested by the insurers for the purpose of investigating or verifying the claim.

6.2    If the property insured hereunder is damaged or appears to be damaged on arrival the insurers of this insurance shall be advised immediately; whether they are the insurers of the property or not, the insurers of this insurance may at their own expense less any expenses covered under Paragraph 5.1 above upon receipt of such advice, take any action they consider necessary to minimise the loss hereunder

6.3    If the scheduled "start-up" date of this project is delayed or postponed by a cause not covered under this insurance then the new "start up" date shall be the basis for any claim hereunder.

## 7.    Special Conditions

It is a condition of this insurance that

7.1    the property as described in the schedule hereto is insured against Marine and War and Strikes risks on the conditions on which the interest is customarily insured.

Internal Use Only
AG9

**Lloyd & Partners**

B1353DC1703553000

**1353**
**LNP**

Page 20 of 46

7.2     the oversea vessel(s) comply(ies) with the provisions of the Institute Classification Clause Cl.354 1.1.01.

## 8.   Definitions (to be defined/advised)

### Indemnity Period

The indemnity period begins on the date which, but for the contingency, the property would have been put into use or operation and ending not later than TBA months thereafter during which period the production reasonably expected to be achieved by the property is affected in consequence of the contingency.

### 9.   Minimising Losses

It is the duty of the Insured and their servants and agents in respect of loss recoverable hereunder

9.1     to take such measures as may be reasonable for the purpose of averting or minimising such loss, and

9.2     to ensure that all rights against carriers, bailees or other third parties are properly preserved and exercised and the insurers will, in addition to any loss recoverable hereunder, reimburse the Insured for any charges properly and reasonably incurred in pursuance of these duties.

*Duty of Insured Clause*

10.    Measures taken by the Insured or the insurers with the object of saving, protecting or recovering the subject matter insured shall not be considered as a waiver or acceptance of abandonment or otherwise prejudice the rights of either party.

*Waiver Clause*

### 11.   Avoidance in Delay

It is a condition of this insurance that the Insured shall act with reasonable despatch in all circumstances within their control.
*Reasonable Despatch Clause*

### 12.   Survey warranty

Warranted **Cargo Solutions Ltd** or surveyor to be agreed Contract Leader, are to attend and approve all loading, stowage, discharge and on carriage as per the following wording, with all recommendations to be complied with, unless otherwise agreed by insurers, in respect of agreed identified items as follows (where included hereunder), other than for the Excepted Situations listed below:-

1.     approve vessel(s), tug(s), barge(s), towing arrangements (if any), and all lifting equipment including cranes required for loading/unloading operations.

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**

2.   approve all packing loading, stowage, securing and unloading arrangements, including from suppliers unless agreed by Contract leader

3.   approve arrangements for onward transit from the final port.

Excepted Situations:

This warranty does not apply if;

a)   Identified items are shipped in full and/or sole use enclosed TEU/FEU containers.

b)   The proposed shipping methodologies and/or procedures of any identified item or items is deemed acceptable by the surveyor for the proposed voyage and in their opinion a survey can be waived, and if agreed by Contract leader prior to sailing.

c)   The surveyor is familiar with the loading and stowage arrangements and in their opinion survey attendance can be waived, and if agreed by Contract leader prior to sailing.

d)   In the surveyor's opinion any component or sub-assembly of any identified item does not necessitate a survey, and if agreed by Contract leader.

e)   In respect of identified items carried by air valued under USD 500,000 or equivalent in any other currency, it is agreed that only an external inspection is required to determine that the packing is adequate for transit.

The surveyors are to be advised of shipping schedules and any amendments and given all reasonable notice of required attendances in order that the above warranties can be complied with. It is agreed that in the event that the surveyor does not attend a shipment notwithstanding actual notification within a minimum of five days prior to leaving, then such failure to attend shall be deemed not to be a breach of the above warranty.

Insurers shall be entitled to receive any advises, reports or recommendations from the surveyors upon request.

Survey costs for the Account of Insurers.

It is understood and agreed that in the event of a breach of warranty of the above survey requirements coverage afforded under this insurance in respect of the items that are the subject of the breach shall be as defined in the Institute Cargo Clauses (B) Cl. 253 1.1.82 with Clause 1.3 deleted, the War etc., and Strikes etc., coverage provided for hereunder.

Where the Insured are able to subsequently comply with the contract survey warranty then from the date of compliance, to be evidenced by a "notice of approval" issued by the survey company, the full contract conditions shall apply.

Where such breach of survey warranty occurs and cover is subsequently reinstated and a loss occurs the onus of proof that any such loss(es) would be recoverable under this contract rests with the Insured to prove to the satisfaction of the insurers hereon.

13. **Rate/Premium**

To be agreed

Internal Use Only
AG9

# Lloyd &
# Partners

B1353DC1703553000

**1353**
**LNP**

Page 22 of 46

## No Survey Clause

No survey required on claims unlikely to exceed USD 10,000, net of any applicable deductible which may appear herein, or equivalent in any other currency. Customs and/or landing account, where available, to be deemed sufficient proof of loss.

## Notice of Loss

Loss or damage which may become a claim under this Insurance shall be advised to Underwriters as soon as practicable after it becomes known to the Insurance Risk Manager. Failure of the Insured to report said loss or damage within a reasonable time shall not invalidate any claims under this insurance.

## Other Insurance

A. If any goods insured hereunder are covered by other insurance which attached prior to the date of attachment of this contract, insurers shall be liable only for the amount in excess of such prior insurance and shall return to the Insured premium to be agreed after determination of the terms of the other insurance.

B. If any goods insured hereunder are covered by other insurance which attached subsequent to the date of attachment of this contract, insurers shall nevertheless pay to the full extent of its liability under this insurance without right to claim contribution from the subsequent insurers.

C. If any goods insured hereunder are covered by other insurance which attached on the same date of attachment of this insurers, such other insurance shall be deemed to be simultaneous, and insurers will be liable only for a pro-rata contribution to the loss or damage in proportion to the amount that the insurance under this contract bears to the total amount of insurance placed on the goods from all sources and will return to the Insured an amount of premium proportionate to such reduction of liability.

## Packing Clause

In the event of a claim being made for loss or damage which is alleged to be caused by insufficiency or unsuitability of packing or preparation of the subject matter insured, the Underwriters hereby agree that they will not use such alleged insufficiency or unsuitability as a defence against the claim in any case where packing or preparation was carried out by a party other than the Named Insured and the insufficiency or unsuitability arose entirely without the Named Insured 's privity or knowledge. For the purpose of this clause "packing" shall be deemed to include stowage in a Container and/or other similar inter-modal methods of unit load.

It is further agreed that where packing or preparation is undertaken by the Insured , Underwriters accept such packing or preparation as sufficient or suitable to protect subject-matter insured against loss or damage and further agree to waive rights of subrogation against the Insured .

This agreement is not to interfere with rights of Subrogation against sellers and/or packers and/or other responsible third parties and/or their insurers, furthermore the Insured agrees to assist the Underwriters in all respects to pursue rights of recovery.

## Partial Loss Clause

Claims hereunder are to be adjusted on a salvage loss basis.

At Insured 's option, in lieu of a salvage adjustment, in case of partial loss by perils insured against, the proportion of loss shall be determined by a separation of the damaged portion of the insured property from the sound and by an agreed estimate (by survey) of the percentage of damage of

Internal Use Only
AG9

Case 4:18-cv-00118-HBB  Document 1-2  Filed 07/20/18  Page 25 of 53  PageID #: 41

# Lloyd &
# Partners

B1353DC1703553000

**1353**
**LNP**

Page 23 of 46

such portion or, if such agreement is not practicable, then by public sale of such damaged portion for the account of the owner of the property and by comparison of the amount so realised with the sound market value.

### Payment of Loss

Loss, if any, is to be paid within thirty days of interest in the goods insured and loss thereto being established.

### Payment on Account Clause

The Underwriters hereunder agree that where claim papers submitted demonstrate that only the quantum of the claim is in question, they will make a "payment on account" equal to 75% of the lower of the amounts claimed and agreed to by Underwriters.

### Profit Commission Clause

Insurers shall allow the Insured in respect of each annual period of this Insurance a commission of 17.5% of the profit as defined hereunder accruing to the Insurers from the operation of this Insurance. Subject to renewal with insurers hereon.

Credit:    70% of gross premiums paid hereon, after deduction of all return premiums.

Debit:    1.    Claims and expenses less refunds and salvage recoveries,

2.    Estimated liability in respect of claims outstanding, and

3.    Debit balance, if any, as ascertained from the Profit Commission statement of the previous period.

The excess of Credit over Debit shall represent the profit.

Within six months of the close of each annual period, Lloyd & Partners shall produce a Statement detailing the items set out above which to apply separately in respect of sections herein detailed.

In the event of the statement showing an excess of debit over credit such remaining debit shall be brought into the statement of the ensuing period or periods but not beyond the statement for the third annual period from which the loss occurred.

In the event of claims being settled or recoveries effected after a Profit Commission has been paid in respect of the period to which such claims or recoveries attach, the Profit Commission shall be subject to further readjustment.

### Radioactive Contamination Exclusion Clause (USA Endorsement)

This insurance (reinsurance) is subject to the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause Cl.370 dated 10/11/03 provided that

if fire is an insured peril

and

where the subject matter insured or, in the case of a reinsurance, the subject matter insured by the original insurance, is within the USA, its islands, onshore territories or possessions

and

a fire arises directly or indirectly from one or more of the causes detailed in sub-clauses 1.1, 1.2, 1.4 and 1.5 of the Institute Radioactive

Internal Use Only

Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause Cl.370 dated 10/11/03.

any loss or damage arising directly from that fire shall, subject to the provisions of this insurance (reinsurance), be covered, excluding however any loss damage liability or expense caused by nuclear reaction nuclear radiation or radioactive contamination arising directly or indirectly from that fire.

### Released Bill of Lading

Privilege is hereby granted to the Insured to ship goods and merchandise covered by this Contract under released or limited bills of lading, express receipts or shipping receipts and to accept other usual contracts from carriers, bailees and warehousemen releasing or limiting their liability, without prejudice to this insurance.

### Refused Shipments

Goods shipped by the Insured and refused by the consignee, or which remain at the risk of the Insured beyond the normal course of transit, are insured hereunder until disposed of by the Insured by return to the port of shipment or to the intended alternate destination. In no event shall this insurance insure to the benefit of the consignee.

### Replacements by Air

It is agreed that where there is loss or damage which is the subject of a claim hereunder and the Insured consider it necessary to forward replacements by air, Underwriters will pay the extra costs so involved, notwithstanding that the original consignment was not despatched by air.

### Risks Covered

Without limitation to coverage otherwise provided for herein the following perils clause is incorporated herein:-

Touching the adventures and perils which the Underwriters are contented to bear and do take upon themselves in this voyage, they are of the seas and inland waters, men-of-war, fire, enemies, pirates, rovers, thieves, jettison, letters of mart and countermart, surprisals, takings at sea, arrests, restraints and detainments of all Kings, Princes and People of what nation, condition or quality soever, barratry of master and mariners, and of all other like perils, losses or misfortunes that have or shall have come to the hurt, detriment or damage of the said goods and merchandises and ship, or any part thereof.

### Seaworthiness Admitted

The seaworthiness of the vessel, craft and/or conveyance as between the Insured and Underwriters is hereby admitted. In the event of loss the Insured 's right of recovery shall not be prejudiced by the fact that the loss may have been attributable to the wrongful act or misconduct of the shipowners, or their servants committed without the privity of the Insured .

### Shipments Clause

Shipments are covered hereunder whether containerised or otherwise and whether on deck or under deck irrespective of Bill of Lading instructions. Including jettison and loss overboard.

### Shipping Expenses Clause

When the subject matter insured is not delivered to the destination contemplated due to circumstances beyond the control of the Insured this

Internal Use Only
AG9

# Lloyd & Partners

B1353DC1703553000

**1353**
**LNP**
Page 25 of 46

insurance also to pay reasonable direct charges incidental to shipping which have been or may be incurred by the Insured .

## Subrogation Waiver Clause

Including waivers of subrogation against the Insured as defined herein and/or any party to whom such a waiver is given by the afore-mentioned in the course of their business.

Where the Insured are obliged as the result of subrogation proceedings on the part of cargo Underwriters to indemnify third parties and/or defend themselves against third party claims, such amount that the Insured are obliged to pay and/or all related costs of defence shall be reimbursed by the Underwriters hereunder.

## Sue and Labour

It is agreed that in case of actual or imminent loss, damage, cost or expense, it shall be lawful and necessary for the Insured, their Factors and Assigns, to sue, labour and travel for, in and about the defence, safeguard and recovery of the interests insured hereunder, or any part thereof, or to incur such other expenses as are reasonable and/or necessary for the purpose of reducing or attempting to reduce any potential loss or liability under this Contract without prejudice to this Insurance, and subject always to the terms, conditions, limitations and exclusions of this Insurance, the charges thereof shall be borne by the Insurers. It is further agreed that no acts of the Insurers or the Insured in recovering, saving or preserving the interests insured shall be considered as a waiver or acceptance of abandonment. The Insurers hereon agree to pay the charges described above in addition to amounts otherwise recoverable hereunder, subject however to the applicable limits of this insurance as contained herein or endorsed hereto, which would operate so as to restrict the amount of such charges payable by the Insurers hereon.

## Termination of Transit Clause (Terrorism)

### *This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.*

1. Notwithstanding any provision to the contrary contained in this Policy or the Clauses referred to therein, it is agreed that in so far as this Policy covers loss of or damage to the subject-matter insured caused by any terrorist or any person acting from a political motive, such cover is conditional upon the subject-matter insured being in the ordinary course of transit and, in any event, *shall terminate*:

   *either*

   1.1 As per the transit clauses contained within the Policy,

   *or*

   1.2 on delivery to the Consignee's or other final warehouse or place of storage at the destination named herein,

   1.3 on delivery to any other warehouse or place of storage, whether prior to or at the destination named herein, which the Insured elect to use either for storage other than in the ordinary course of transit or for allocation or distribution,

   *or*

   1.4 in respect of marine transits, on the expiry of 60 days after completion of discharge overside of the goods hereby insured

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

1353
LNP
Page 26 of 46

from the oversea vessel at the final port of discharge,

1.5 in respect of air transits, on the expiry of 30 days after unloading the subject-matter insured from the aircraft at the final place of discharge,

*whichever shall first occur.*

2.  If this Policy or the Clauses referred to therein specifically provide cover for inland or other further transits following on from storage, or termination as provided for above, cover will re-attach, and continues during the ordinary course of that transit terminating again in accordance with clause 1.

For the purpose of establishing the attachment point of "ordinary course of transit" as referenced in the Termination of Transit Clause herein, it is hereby noted and agreed by Underwriters that this is deemed to be :-

from the time the goods leave the warehouse or place of storage at the place of origin, but in respect of bulk liquids shall be as the subject-matter insured leaves tanks for the purpose of loading at the place of origin.

### Translation of Claims Documentation

Where documents necessary for the collection of a claim hereunder are submitted in a language other than English, Lloyd & Partners are authorised to secure translations of such documents as Underwriters consider essential and shall be deemed to have been instructed by Underwriters hereunder to do so. Costs for such translations shall be deemed to be for Underwriters account.

### Vessels Clause

Shipments per steamers and/or motor vessels are subject to the North American Classification Clause as follows:

#### North American Classification Clause
(Applying to shipments per steamers and/or motor vessels only)

Ocean Vessels: Per regular line iron or steel steamers and /or motor vessels operating in their regular trade, which are not over 20 years of age (but 15 years in respect of Bulk, Tank and Ore/Oil Vessels) nor less than 1,000 tons net register and which are classed A-1 American Record or l00A-1 Lloyd's Register, or equivalent, but excluding vessels built (A) during World War II, or B) for Military or Naval Service. Also per other iron or steel steamers or motor vessels which are not over 20 years of age (but 15 years in respect of Bulk, Tank and Ore/Oil Vessels) nor less than 1,000 tons net register and which are classed A-1 American Record or 100A-1 Lloyd's Register or equivalent.

Shipments on Great Lakes Including Maritimes: Per vessels, built for service on the Great Lakes for carriage and/or storage of grain, approved by the United States Salvage Association or by any recognised Classification Society.

The foregoing provisions shall not apply to vessels which are used for the carriage of general cargo on an established and regular pattern of trading between a range of specified ports, and do not exceed 25 years of age or to vessels constructed as containerships, vehicle carriers or double-skin open-hatch gantry crane vessels (OHGCs) and have been continuously used as such on an established and regular pattern of trading between a range of specified ports, and do not exceed 30 years of age.

For shipments per steamers and/or motor vessels excluded by the above

Internal Use Only

# Lloyd &
# Partners

B1353DC1703553000

**1353**
**LNP**

Page 27 of 46

wording, additional premiums shall be payable as per Bulletin No. 956 Revised as issued by the Cargo Reinsurance Association.

The above provisions shall not, however, prejudice any claim hereunder, when presentation of the advice of such claim to Underwriters is the first indication that a transhipment, beyond the control of the Insured , has been made by a vessel which is not covered above, provided the appropriate additional premium is paid as soon as practicable thereafter.

It is agreed that shipments per vessels registered under any IACS approved register are accepted as above which also to include a National Flag Society (being a Classification Society which is domiciled in the same country as the owner of the vessel in question which must also operate under the flag of that country) but only where the vessel is engaged exclusively in the coastal trading of that nation (including trading on an inter-island route within an archipelago of which that nation forms part).

**Warehousing and Forwarding Charges, Packages Lost In Loading, etc.**

Insurers will pay any reasonable landing, warehousing, forwarding, and special charges for which this contract would be liable, as well as the insured value of any package, piece, or unit totally lost in loading, transhipment or discharge.

Insurers will also pay any reasonable landing, warehousing, forwarding, and special charges which result from insolvency or financial default of the owners, charterers, managers, or operators of the vessel. In no event, however, shall this insurance provide coverage for such charges if at the time of loading of the insured subject matter on board the vessel, the Insured is aware or in the ordinary course of business should be aware that such insolvency or financial default could prevent the normal continuation of the voyage.

**General Contract Provisions**

The Insured shall not be prejudiced by any unintentional delay or omission in the reporting, where specified herein, of risks attaching hereto or any unintentional error in the amount or description of such risks including but not limited to the subject matter insured, conveyance, voyage or location, or if the subject matter of the insurance be shipped by any other conveyance, if notice be given to the Contract Leader as soon as practicable after said facts become known to the Insured and deficiency of premium, if any, made good.

Insurers hereon agree to provide bail and/or salvage guarantees in respect of cargo proportions applicable hereto, including all salvage agreements as well as Lloyd's Open Form. Insurers hereon are deemed to have signed relevant 'short form' counter guarantee, when required to whichever bonding company and/or guarantor is acceptable to the salvors and/or their legal representatives.

It is hereby noted and agreed by Insurers that where   instructions to bind coverage are received in the offices of Lloyd & Partners and/or Woodruff Sawyer and Company prior to inception, then Insurers agree coverage is automatically bound on terms, clauses and conditions as contained herein.

It is hereby noted and agreed that permission is granted to the Insured to purchase insurance in excess of loss of the Limits of Liability provided for hereunder, with premium payable on amounts exposed hereto. The Limits of Liability provided for hereunder operating on a first loss basis accordingly.

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**
Page 28 of 46

Institute Marine Contract General Provisions (Cargo) Cl.269 dated 1.10.82

Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause Cl.370 dated 10/11/03 as amended by the Radioactive Contamination Exclusion Clause (U.S.A. Endorsement).

**Choice of Law
and Jurisdiction:**

· **LMA Rules Clause**

This policy shall be subject to the applicable state law to be determined by the court of competent jurisdiction as determined by the provisions of the Institute Service of Suit Clause (U.S.A.) Cl.355 1.11.92.

**Premium /
Rates:**

Notwithstanding anything contained herein to the contrary and irrespective of the coverage provided for hereunder, whether primary, contingency or difference in conditions in nature, unless expressed otherwise herein, the consideration for this insurance shall be Deposit Premium USD **350000** payable in full at inception and adjustable at expiry on gross sales at the following rates:

0.017 % on gross sales (ex Nordural).

0.04 % on gross sales (Nordural only).

**Additional Premium in respect of Extra Expense Clause for Sum Insured up to USD 1,500,000**

USD 50,000 payable in full at inception.

The above premium/rate is inclusive of War and Strikes Risks.

**US Terrorism Risk Insurance Act of 2002 (TRIA) as amended by the US Terrorism Risk Insurance Extension Act of 2005 (TRIEA), the US Terrorism Risk Insurance Program Reauthorisation Acts of 2007 and 2015 (TRIPRA)**

TRIA 2002, as amended, (coverage for acts of terrorism already included in this insurance contract: Annual Allocation USD 2,500 (being a portion of the premium already stated in this insurance contract), LMA 9105 dated 12/01/15 .

Nothing in the forgoing shall act to limit and/or restrict coverage which may be otherwise provided for elsewhere in this insurance contract.

**Payment
Terms:**

The Insured undertakes that premium will be paid in full to Underwriters within sixty days of inception of this policy (or, in respect of instalment premiums, when due).

If the premium due under this policy has not been so paid to Underwriters by the sixtieth day from the inception of this policy (and, in respect of instalment premiums, by the date they are due) Underwriters shall have the right to cancel this policy by notifying the Insured via the broker in writing. In the event of cancellation, premium is due to Underwriters on a pro rata basis for the period that Underwriters are on risk but the full policy premium shall be payable to Underwriters in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this policy.

It is agreed that Underwriters shall give not less than 15 days prior notice of cancellation to the Insured via the broker. If premium due is paid in full to

Internal Use Only
AGO

**Lloyd &**
**Partners**

B1353DC1703553000

**1353**
**LNP**

Page 29 of 46

Underwriters before the notice period expires, notice of cancellation shall automatically be revoked. If not, the policy shall automatically terminate at the end of the notice period.

Unless otherwise agreed, the Leading Underwriter (and Agreement Parties if appropriate) are authorised to exercise rights under this clause on their own behalf and on behalf of all Underwriters participating in this contract.

If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full force and effect.

Where the premium is to be paid through a London Market Bureau, payment to Underwriters will be deemed to occur on the day of delivery of a premium advice note to the Bureau.

**Taxes Payable by the Insured and Administered by Insurers:**

None.

**Recording, Transmitting And Storing Information:**

Where    Lloyd    &    Partners    maintains    risk    and    claims
data/information/documents        Lloyd    &    Partners    may    hold
data/information/documents electronically

**Insurer Contract Documentation:**

This document details the contractual terms between the contracting parties, and constitutes the contractual document.

This Contract has been arranged by Lloyd & Partners (a trading name of JLT Specialty Limited)

.

Internal Use Only
AG9

# Lloyd &
# Partners

B1353DC1703553000

**1353**
**LNP**

## INFORMATION

Information made available to and seen by all subscribing Underwriters hereon includes the following:

The following is extracted from Lloyd & Partner's Principal's emails dated 13 February 2017 timed at 16:32:-

The 2017 revenue estimates are as follows:

| | |
|---|---|
| Sebree | USD 452,302,854 |
| Mt. Holly | USD 224,534,006 |
| Hawesville | USD 182,418,201 |
| Grundartangi | USD 617,783,987 |
| | **USD 1,477,039,107** |

See attached cargo flow charts (5 pages)

Which seen and noted by Insurers accordingly.

Internal Use Only
AG9

# Century Aluminum

## Cargo Flow for Hawesville, KY

**Alumina**

Comes from:
- Gramercy in Louisiana – 100%

- Noranda will be the supplier for 195 K tons. From Gramercy, LA. Est. number of river barge shipments: 130
- Barge Freight: $12/metric tons
- Alumina FOB Price:$340/metric tons
- Total Value of Shipments: $65 mil
- Average: $378K per barge
- Max Value Any One Shipment: $600k

**Coke**

Comeson FOB basis from:
- Louisiana – 100%

- Supplier RainCII
- Est. Number of Shipments: 55
- Barge Freight: $12/metric ton
- Coke Price: $235
- /metric ton
- Total Value of Shipments: $11.44 mil
- Average: $350K per barge
- Max Value Any One Shipment: $450K

**Aluminum Fluoride**

- China – 100%

- Supplier: BAIYIN ZHONGTIAN FLUORIDE CO. LTD.
- The product is delivered CIF Hawesville
- Delivered to facility via barge
- Tonnage: 5100 metric tons per annum
- Total Value Shipments:$4.746 mil
- Average: $1065/metric tons
- Max Value Any One Shipment: $1100K

**Hawesville, KY**

**Other (incoming)**

**Other (outgoing)**

**Cathodes**

Comes from:
- Poland – 50%
- France – 50%

- No cathodes purchased in 2016.

**Pitch**

- Illinois or Pennsylvania – 100%

- About 9,500 metric tons per annum
- The Supplier arranges freight. Supplier: Koppers
- Pitch is delivered CIF to facility via railcar
- Est. Number of Rail Shipments: 250
- Pitch Price: $505
- RTotal Value of Shipments: $4,8 mil
- Total Value via Railcar: $550K
- Max Value Any One Shipment: $600K

1.955 tons of alumina = 1 ton of aluminum



The information contained herein is proprietary & confidential and not to be distributed without the consent of Woodruff-Sawyer & Co.

# Century Aluminum

## Cargo Flow for Mt. Holly, SC

**Alumina**

Comes from:
- Brazil – 90K
- Jamaica -120k

- Glencore AG and Norsky Hydro are suppliers of alumina.
- The current contracts expires 12/31/17.
- Total Annual Volume: 210,000 mts
- Avg Freight Rate: $13,5/metric ton
- Commodity Value: $340/metric ton
- Total Value of Shipments: $71.4 mil
- Shipments 15-30,500 metric tons
- Max Value Any One Shipment: $10.8 mil

**Coke**

- CAC purchased on a FOB basis from Louisiana or Illinois

- RainCII
- Total Annual Volume: 40000 mts
- $290/mt delivered
- Total Value: $11.6 mil
- 488 railcars
- Max Value Any One Shipment: $30K

**Aluminum Fluoride**

- CAC purchases on a CIF basis

- Supplier: BAIYIN ZHONGTIAN FLUORIDE CO. LTD.
- The product is delivered CIF Mt. Holly
- Delivered to facility by rail
- Tonnage: 2200 metric tons per annum
- Total Value Shipments:$2,5 mil
- Average: $1115/metric tons
- Max Value Any One Shipment: $800K

**Mt. Holly, SC**

**Other (incoming)**

**Other (outgoing)**

**Cathodes**

- CAC purchases on a CIF basis

- No cathodes purchased for 2016
- Max Value Any One Shipment: $300K

**Pitch**

- CAC purchases on a CIF basis

- Supplier: Koppers
- Total Annual Volume: 10,100 mts
- Total Annual Value: $5.400 mil
- 126 railcars
- Max Value Any One Shipment: $49K

1.935 tons of alumina = 1 ton of aluminum



WOODRUFF
SAWYER &
COMPANY

www.wsandco.com        2

The information contained herein is proprietary & confidential and not to be distributed without the consent of Woodruff-Sawyer & Co.

# Century Aluminum

Cargo Flow for Sebree, KY

**Alumina**

Comes from:
- Noranda - Gramercy in N. Orleans area

- About 436 K tons shipped annually volume. Century will arrange Miss River Barges (New Orleans to Sebree and the ocean freight (CIF Corpus Christi to New Orleans).
- Ocean Freight: 12 liftings x 13,250 metric tons per month. Total value $4.368 mil.
- River Barge Freight $12/mton. 290 Barges. Total Value $5.232 mil
- Average FOB Price: $230/MT(FOB Corpus).
- Total value $109.88 mil
- Max Value Any One Shipment: $3.617 mil

**Coke**

Comes from RainCII:
- Louisiana and Illinois

- About 82,000 metric tons per annum. Coke is delivered to facility from Rain CII's Chalmette facility via river barge.or by railcar from Robinson IL.
- Freight: $12/MT (varies due to fuel surcharge)
- Total Value: $19 mil
- Average FOB Price: $235 /Metric Ton.
- Max Value Any One Shipment: $400K

**Other (incoming)**

**Aluminum Fluoride**

Comes from:
- China – 100%

- About 4500 metric tons delivered DDP Kentucky by Do Fluoride in China.
- Average Price: $1130/MT
- Total Value: $5.085 mil
- Max Value Any One Shipment: $1.413 mil

**Sebree, KY**

**Other (outgoing)**

**Cathodes**

Comes from:
- SGL 60%,
  Carbone- 30%,
  Shanxi – 10%

- Delivered CIF via Sistersville thence Sebree
- Estimated value: Carbone Savoie: Average $851/block (840 blocks)
- SGL Carbon: $865/block (960 blocks), Shanxi $619.20 (160 blocks)
- Total value $1.60 million
- Max Value Any One Shipment:

**Pitch**

- Chicago – 100%

- About 20,000 metric Delivered by Koppers in Illinois via rail freight.
- Average CIFPrice: $505/Metric Ton
- Total Value: 10,1 mil
- Max Value Any One Shipment: $50K

1.935 tons of alumina = 1 ton of aluminum

---



WOODRUFF SAWYER & COMPANY

www.wsandco.com      3

The information contained herein is proprietary & confidential and not to be distributed without the consent of Woodruff-Sawyer & Co.

# Century Aluminum

## Cargo Flow for Nordural Grundartangi, Iceland – Operations

**Alloys**

Comes from Europe:
- Si3303 – AlTi80
- AlSr10 – AlMg50

- Alloys are are purchased on a delivered basis Grundartangi. Total Tonnage: 5,217 year.
- Average. Total Value $11,7m

**Alumina**

- Alumina:
- Product delivered CIF Grundartangi.
- 560,500 mts shipped annually
- Average Price: $220
- Total Value $135.1 mil
- Ocean Freight Shipments: 19 liftings x 29,500 mts
- Average Freight Rate: $20mts
- Average Freight Value: $590K

- For metal produced under Tolling Agreements: Nordural owns product until the end of processing when it becomes solid metal. At that time, title passes to customer.

**Other (incoming)**

**Cathodes**

Comes from:
- Europe – 97%
- China – 3%

- Cathodes are purchased on a delivered basis Grundartangi. Total Pieces: 3,310 year. Average Price $2,510/piece. Total Value $8,3m
- Freight cost $231k

**Grundartangi, Iceland**

**Butts**

- Vlissingen – 90%
- Europe – 10%

- 90% of Butts are shipped to Vlissingen for recycling. Nordural is on risk for these shipments.
- Est. Number of Shipments, one every week: Estimated Value of Shipments:
- $8,0 m plus freight (28,4 KT*$33 =$0,9m)
- Estimated value of the other 10%, 3,5 Kt $0,4m., freight $0,2m

**Other (outgoing)**

**Anodes**

Comes from:
- Netherlands – 90%
- China – 10%

•Tonnage: 146 KT from Century Vlissingen & 18 KT from BHH-China
•Average Chinese Price: $470/mts, value $8,5m
•Chinese Freight Value: 12 x 1,500 mts. $122/mt, value $2,2m.
•Total Chinese Value: $10.7m.
•Average Vlissingen price: $623/mts., value $91,0m.
- Vlissingen Freight value, 52* 2.808 mts, $29/mt, value $4,2m
•Total CABV Value  $95,2 mil

**Aluminum Fluoride**

- Sweden

- Annual Tonnage: 5,200 metric tons Supplier: Alufluor
- Delivered EXW Helsingborg
- Est. Number of Shipments: 50
- Average Price: $1,296 mts
- Total Value of Shipments: $6.739 mil
- Average: $135 K pr shipment

**Metals**

- 43KT produced for Glencore under Toll #1 – contract expires on June 30, 2016.  277KT sold on CIF basis (The risk of loss is ours until it is unloaded at Rotterdam).
- Est. Number of Shipments: shipped every week on 2 Vessels.
- Average: $9.2M per shipment

1.935 tons of alumina = 1 ton of aluminum

WOODRUFF SAWYER & COMPANY

www.wsandco.com     4

The information contained herein is proprietary & confidential and not to be distributed without the consent of Woodruff-Sawyer & Co.

# Century Aluminum

Cargo Flow for Vlissingen, Netherlands – Operations

**Butts**

31.000 tons per annum . Weekly Shipments. Total Value $6,9m

**Packing Coke**

About 1000 metric tons delivered on a CIF Basis by the Sellers at $400/metric ton. Total Value $1.0m

**Coke**

Comes from:
- UK – 100%

- Agreement is in the name of Century Aluminum Vlissingen, B. V. Terms of agreement are FOB loadport – Carriier Wison Shipping.
- Total Shipments: 105,000 metric tons
- Market Price: $265 per metric ton
- Ocean Freight: 30 x 3,500 mts ($12/mts)
- Total Value of Shipments: $28mil
- Total Value per Ocean Freight: $1.166 mil

**Anodes**

About 146,000 MTS Shipped FOB Vlissingen.
Shipment cost $4.4 mil.
Total value $80 mil. Shipped weekly in containers

**Vlissingen, Netherlands**

**Pitch**

- About 24,000 metric tons shipped on CIF delivered Vlissingen at $370/mt.
- Total value $8,9 mil

**Other (outgoing)**

**Other (incoming)**



WOODRUFF
SAWYER &
COMPANY

www.wsandco.com    5

The information contained herein is proprietary & confidential and not to be distributed without the consent of Woodruff-Sawyer & Co.

# Lloyd & Partners

B1353DC1703553000

**1353**
**LNP**

## STATISTICS

|          | Premium Nett Less Refunds | Claims Paid Less Recoveries | Claims Outstanding |
|----------|---------------------------|-----------------------------|--------------------|
| **2011** | USD 344,574               | USD 500,000                 | NIL                |
| **2012** | USD 380,312               | Nil                         | NIL                |
| **2013** | USD 353,457               | EUR 3,941                   | Nil                |
| **2014** | USD 380,523               | Nil                         | NIL                |
| **2015** | USD 289,930               | USD 7,762                   | Nil                |
| **2016** | USD 253,750               | Nil                         | Nil                |
| **Total(s)** | **USD 2,002,546**     | **USD 507,762 EUR 3,941**   | **Nil**            |

**Dated: 14 February 2017** *(The statistical information "as at" date).*

**Source of Information:**   Lloyd & Partners , *Claims Business Unit, as generated from the BFE processing system.*

**Unless expressed otherwise, all figures are in USD (United States Dollar) and exclude taxes.**

Internal Use Only
AG9

# Lloyd & Partners

B1353DC1703553000

**1353**
**LNP**

Page 32 of 46

## SECURITY DETAILS

**Insurer's Liability:**

**Insurer's liability several not joint**

The liability of an Insurer under this contract is several and not joint with other Insurers party to this contract. An Insurer is liable only for the proportion of liability it has underwritten. An Insurer is not jointly liable for the proportion of liability underwritten by any other Insurer. Nor is an Insurer otherwise responsible for any liability of any other Insurer that may underwrite this contract.

The proportion of liability under this contract underwritten by an Insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp. This is subject always to the provision concerning "signing" below.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is an Insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion.    A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other Insurer that may underwrite this contract.   The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA.    The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

**Proportion of liability**

Unless there is "signing" (see below), the proportion of liability under this contract underwritten by each Insurer (or in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line".

Where this contract permits, written lines, or certain written lines, may be adjusted ("signed"). In that case a schedule is to be appended to this contract to show the definitive proportion of liability under this contract underwritten by each Insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together).    A definitive proportion (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line". The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred.

Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should read as a reference to contracts in the plural.

**Order Hereon:**    100.00% part of 100% of the Limits of Liability

**Basis Of**
**Written Lines:**    Percentage of Whole.

**Signing**
**Provisions:**    In the event that the written lines hereon exceed 100% of the order, any lines written "to stand" will be allocated in full and all other lines will be signed down in equal proportions so that the aggregate signed lines are

JDP/AG9/14 February 2017/DC1703553ABG

Internal Use Only
AG9

equal to 100% of the order without further agreement of any of the Insurers.

However:

a) in the event that the placement of the order is not completed by the commencement date of the period of insurance then all lines written by that date will be signed in full;

b) the signed lines resulting from the application of the above provisions can be varied, before or after the commencement date of the period of insurance, by the documented agreement of the (re)insured and all Insurers whose lines are to be varied. The variation to the contracts will take effect only when all such Insurers have agreed, with the resulting variation in signed lines commencing from the date set out in that agreement.

Internal Use Only
AG9

**Lloyd & Partners**

B1353DC1703553000

**1353**
**LNP**
Page 34 of 46

## Written Lines

In a co-insurance placement, following insurers may, but are not obliged to, follow the premium charged by the lead insurer.

Insurers may not seek to guarantee for themselves terms as favourable as those which others subsequently achieve during the placement.



Internal Use Only

# Lloyd & Partners

B1353DC1703553000



10%

O'Farrell ⚓ COF 1036  3

1 7 C A 2 8 7 5 1 9 T A   3

LINE TO STAND   17

SYNDICATE 1036 IS PART OF SYNDICATE 2999



10%

5/3/17   ⚓ AWH 2232

P 0 3 7 8 4 9 1 7 A A



5%

SOMPO CANOPIUS   ⚓ CNP 4444

To stand

M 1 2 2 7 7 8 A A 0 5 9

6.3.17



5%
to stand.

★ STARSTONE   ⚓ SCC 1301

5 7 9 7 4 A 1 7 A A G .

'APSI'

6.3.17



5%

HISCOX   ⚓ HIS 33

1 6 6 5 V 1   7 0 A V N A

Line to stand

⅜/17

Internal Use Only
AG9

# Lloyd & Partners

B1353DC1703553000

**1353**
**LNP**

Page 36 of 46



5 %   8 2 6 1 9 0 6 1 1 7 5 F

**Line to Stand**
**Email values to aggregates@axiscapital.com**

Axis
09/03/17
TC

7.5 %   **ACAPPELLA** ✗ ACA 2014

7 4 8 5 7 K 1 7 A A

(HO)
ACA   09
08
17

Internal Use Only
AG9

**Lloyd &**
**Partners**

| B1353DC1703553000 |

## SUBSCRIPTION AGREEMENT

**Contract Leader:**    **Lloyds Synd MS AML 3210**

**Basis of**
**Agreement to**
**Contract**
**Changes:**        **General Provisions**

Subject to the GUA (February 2014) incorporating GUA Marine Cargo Schedule (April 2013). Underwriters hereon agree to sign an annual slip policy and to take down additional premiums, return premiums, non-premium endorsements and claims on photo-copies thereof.

Underwriters also agree to accept claims and/or refunds and the figures presented for profit commission calculations and premium adjustments on each annual slip policy without sighting the relative declarations and/or certificates on the understanding that *Lloyd & Partners* will retain such declarations as received on file for sight by underwriters if so requested.

Any declarations and/or additional and/or return premium agreements within the terms of this cover or in respect of which the requisite agreement has been obtained are acceptable to Underwriter(s) hereon for presentation to Xchanging Ins-Sure Services Limited without having to be further initialled by Contract Leader prior to such presentation and Xchanging Ins-Sure Services Limited are instructed to accept such declarations or additional and/or return premium agreements as presented.

All claims for loss will be settled, upon receipt of legible copy and/or photocopy documents, including but not limited to bills of lading and survey reports, it being understood and agreed that the Insured will use their best endeavours to furnish whatever original documents may be required for subrogation purposes.

However, where a certificate of insurance has been issued, no claim will be settled without production of the original, or the claimant's signature to a letter of indemnity.

It is understood and agreed that the subscribing underwriters hereto will follow the contract leader in all matters pertaining to the provision of bail and/or salvage guarantees in respect of cargo proportions applicable hereto, including all salvage agreements as well as Lloyd's Open Form.

Signing slip and/or endorsements to be agreed by Contract Leader only.

It is agreed that for Policy signing purposes that this contract is to be signed annually. Period hereon 15 March 2017 at 00:01 hours to 15 March 2018 at 00:01 hours Local Standard Time at the "Address of the Insured " herein.

| Internal Use Only |
| AG9 |

Case 4:18-cv-00118-HBB   Document 1-2   Filed 07/20/18   Page 45 of 53 PageID #: 61

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**
Page 38 of 46

**Other Agreement
Parties For Contract
Changes, For Part 2
GUA Changes Only:** Contract leader only to agree part two changes

**Agreement Parties
For Contract Changes
For Their Proportion
Only:** None

**Basis of Claims
Agreement:** Claims to be managed in accordance with:

i) The Lloyd's Claims Scheme (Combined), or as amended or any successor thereto.

ii) IUA claims agreement practices.

iii) The practices of any company(ies) electing to agree claims in respect of their own participation. Where they are not the Contract Leader, such companies agree to follow all settlements of the Contract Leader (other than Ex Gratia settlements).

**Claims Agreement
Parties:** i) For Lloyd's syndicates

The leading Lloyd's syndicate and, where required by the applicable Lloyd's Claims Scheme, the second Lloyd's syndicate and/or the Scheme Service Provider.

The second Lloyd's Syndicate is ( where this is left blank but a second Lloyd's syndicate is required by the applicable Lloyd's Claims Scheme, the second Lloyd's syndicate appearing in the Security Details Section will take this role)

ii) Those companies acting in accordance with the IUA claims agreement practices, excepting those that may have opted out via iii below.

iii) Those companies that have specifically elected to agree claims in respect of their own participation.

iv) All other subscribing insurers that are not party to the Lloyd's/IUA claims agreement practices, each in respect of their own participation. Where they are not the Contract Leader, such companies agree to follow all settlements of the Contract Leader (other than Ex Gratia settlements).

**Claims
Administration:** Current XIS / XCS claims procedures where applicable.

Where applicable Lloyd & Partners and Insurers agree that any claims hereunder (including any claims related costs/fees) will be notified and administered via ECF with any payment(s) processed via CLASS, unless both parties agree to do otherwise.

All overseas markets will be advised of claims hereunder by email and settlement will be by telegraphic transfer

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**

Page 39 of 46

| | |
|---|---|
| **Rules and Extent of any other Delegated Claims Authority:** | Lloyd & Partners have full authority to settle claims of up to USD100,000 or the equivalent in any other currency provided they are satisfied that the claim falls within the scope of the Policy, and Underwriters agree settle on Bordereaux without further documents. |
| **Expert Fees Collection:** | Lloyd & Partners to collect fees applicable to Lloyd's, IUA and LIRMA markets, unless collectable via XIS 'Expert Fees Scheme'.  Non bureau insurers will be presented with expert fee invoice by Lloyd & Partners, but will settle directly with expert. |
| **Settlement Due Date:** | 19 May 2016 |
| **Instalment Premium Period of Credit:** | Where applicable 60 days from each instalment due date. |
| **Adjustment Premium Period of Credit:** | Where applicable 120 days from anniversary date. |
| **Bureau Arrangements:** | Lloyd & Partners to present de-linked signings to Xchanging Ins-Sure Services Limited where possible. |

Reinsurers authorise XChanging In-Sure Services Limited and/or XChanging Claims Services Limited to take down additional premiums, return premiums, non-premium endorsements and claims on photocopies of this contract, signing copy contract or full Policy as presented by Lloyd & Partners

Where a settlement due date, premium payment warranty or premium payment condition due date falls on a weekend or public holiday, presentation to Xchanging Ins-sure Services on the next working day will be deemed to be in compliance with the settlement due date, premium payment warranty or premium payment condition.

**Premium Processing Clause**

Where the premium is to be paid through Xchanging Ins-sure Services (XIS), payment to Reinsurers will be deemed to occur on the day that a delinked premium is released for settlement by the Appointed Broker or in the case of non-delinked premiums, on the day that the error-free Premium Advice Note (PAN) is submitted to XIS.

Where premiums are to be paid by instalments under the Deferred Account Scheme, and the Appointed Broker does not receive the premium in time to comply with the agreed settlement date for the second or subsequent instalment, the Appointed Broker, if electing to suspend the automatic debiting of the relevant deferred instalment, shall advise the Contract Leader in writing and instruct XIS accordingly. XIS shall then notify Reinsurers. Payment to any entity within the same group of companies as the Appointed Broker will be deemed to be payment to the Appointed Broker.

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

**1353
LNP**

Page 40 of 46

Nothing in this clause shall be construed to override the terms of any Premium Payment Warranty or Clause or any Termination or Cancellation provision contained in this contract. Furthermore, any amendment to the Settlement Due Date of a premium instalment as a result of the operation of this Premium Processing Clause shall not amend the date that such instalment is deemed to be due for the purposes of such Premium Payment Warranty or Clause or Termination or Cancellation provision unless Reinsurers expressly agree otherwise.

Appointed Broker: Lloyd & Partners

14/12/09

LSW3003

**Non-Bureau
Arrangements:**     None

Internal Use Only
AG9

# Lloyd & Partners

B1353DC1703553000

## FISCAL AND REGULATORY

**Taxes Payable by Insurers:** None.

**Country Of Origin:** U.S.A.

**Overseas Broker:** Woodruff-Sawyer & Co.
50 California Street, Floor 12
San Fransico, CA 94111

**US Classification:**
(For Lloyd's use only) Non-Regulated

**Allocation of Premium to Coding:** V
8T (TRIA) (as applicable)

**Regulatory Client Classification:** Large Risk

**Is Business Subject to Distance Marketing Rules?** No

Internal Use Only
AG9



## Lloyd & Partners

| B1353DC1703553000 |

**1353**
**LNP**

Page 42 of 46

### BROKER REMUNERATION AND DEDUCTIONS

**Fee Payable
By The Client?**  No

**Total
Brokerage:**  Less 27.50% plus 1.5% Subscription Market Brokerage

**Other Deductions
From Premium:**  None.

Internal Use Only
ACO

# Lloyd & Partners

| B1353DC1703553000 |

**1353**
**LNP**

## Claims Procedure

**For Underwriter's information; the Insured and Lloyd & Partners have established the following claims handling procedure which does not add to, amend, nor negate any of the terms and conditions of this insurance.**

### 1. In the event of Loss or Damage:

The Insured / Claimants should notify

Lloyd & Partners
The St Botolph Building
138 Houndsditch
London
EC3A 7AW

Telephone:    +44 (0)20 7466 6500
Fax number:   +44 (0)20 7466 6565

| Contacts | Direct Tel | Mobile | E-mail |
|----------|-----------|--------|--------|
| Garry Cordess | +44 (0)20 7558 3012 | +44 (0)7747 485103 | Garry_Cordess@JLTGroup.com |
| Kevin Rimmer | +44 (0)20 7558 3023 | +44 (0)7920 575698 | Kevin_Rimmer@JLTGroup.com |
| Jared Prince | +44 (0)20 7558 3082 | +44 (0)7506 741024 | Jared_Prince@JLTGroup.com |
| Kevin Hanrahan | +44 (0)20 7558 3018 | +44 (0)7904 875220 | Kevin_Hanrahan@JLTGroup.com |
| Adrian Leonardi | +44 (0)20 7558 3021 | +44 (0)7768 790003 | Adrian_Leonardi@JLTGroup.com |

### The following information should be provided as applicable:

1.1    Vessel Name / Conveyance.

1.2    Bill of Lading (or similar) Number and Date.

1.3    Port of Loading and Port of Discharge.

1.4    Warehouse Name / Location.

1.5    Holding Certificate(s), Receipt(s) or Warrants.

1.6    Description of the subject matter insured.

1.7    Subject matter Location, Name of Contact, Phone Number, E-mail address.

1.8    Brief circumstances of loss

### 2. Procedure:

Immediately inspect the consignment on delivery and do not give a clean signature for the goods unless they are outwardly undamaged. Failure to do so may prejudice your claim.

Ensure that any notice of any loss or damage is given to any or all third parties involved in the transit in writing immediately you are aware of a potential loss. Failure to do so may prejudice your claim.

Do not destroy any packing materials used. These may be required by the surveyor to establish where and how a loss occurred.

Internal Use Only
AG9

**Lloyd &
Partners**

B1353DC1703553000

1353
**LNP**

Page 44 of 46

### 3. Documents

The list below includes all documents and information customarily required to ensure the efficient processing of a claim, through to settlement:

3.1    All claims require

3.1.1    Purchase and or sales Invoices / Contracts.

3.1.2    Copies of the Bill of Lading (front and reverse conditions) or similar. In the event of a total loss originals will be required.

3.1.3    Copies of the Charter Party where relevant.

3.1.4    Survey Report (where a surveyor has been assigned by Underwriters).

3.1.5    Original Insurance Certificates, if one was issued, or Insurance Declaration.

3.1.6    A copy of correspondence holding third parties responsible for the loss, together with any subsequent replies.

3.1.7    Independent evidence of loss.

**In addition:**

#### Shortage Claims

3.2    Shortage claims require evidence of when the loss occurred and the weights, usually by way of:

3.2.1    Weight note / Loading report.

3.2.2    Out-turn / discharge report and or claused delivery receipt.

#### Damage and/or Contamination Claims

3.3    Damage and/or contamination claims require evidence of where the damage occurred, what action was taken, details of the cost involved. Usual documents are:

3.3.1    Out-turn / discharge report.

3.3.2    Reconditioning report / invoice.

3.3.3    Invoice evidencing any salvage sale, or destruction certificate.

3.3.4    Moisture / quality certificates, if available and or applicable.

#### Storage and/or Warehouse losses

3.4.1    Warehouse / storage receipts.

3.4.2    Any subsequent inventory / independent inspectors reports.

3.4.3    A copy of contract with warehouse facility / storage operators.

### 4. General Average

In the event of General Average being declared by the Shipowners, they will usually require security to cover the G.A. Contribution payable by cargo interests before they will agree to discharge the cargo at the port of destination.

To avoid any delay in discharge, Underwriters will on request, agree to the provision of the necessary General Average security.

Internal Use Only
ACO

# Lloyd &
# Partners

B1353DC1703553000

**1353**
**LNP**

Page 45 of 46

Upon learning of the request for General Average Security the following details should be notified immediately to the Claims Unit of Lloyd & Partners, contact details as above:

4.1   Vessel and casualty details

4.2   Voyage

4.3   Description of Cargo and Bill of Lading No. and Date

4.4   Insured Value and/or Invoice Value (CIF)

4.5   Name of Average Adjusters appointed by Shipowners

Shipowners normally require in addition to Underwriters' Guarantee a General Average Bond and Valuation Form to be completed, signed and sent to the Shipowners or Adjusters by the Cargo Owners.

On occasions, Shipowners will not accept an Underwriters' Guarantee but insist on cargo owners paying a Cash Deposit (providing the amount called for is reasonable). In exchange for the payment, cargo owners should obtain an original General Average Deposit Receipt, and then this document should then be forwarded to the Claims Unit of Lloyd & Partners, who in turn will approach Underwriters for prompt settlement of the Deposit amount.

## 5.   Salvage

In the event of the carrying vessel requiring the services of a Salvage Company to safeguard the completion of the intended voyage, it is again essential to advise immediately Lloyd & Partners of all casualty details as soon as they are known.

Insurers instructions regarding appointment of Surveyors and/or Legal Representatives will be advised by return.

Salvage Security will in most circumstances be demanded by the Salvors or their legal representatives. The most common form being "Lloyd's Open Form" of Salvage Agreement, which calls for satisfactory security to be provided.

The casualty details required by Lloyd & Partners are the same as in cases of General Average Security. Upon receipt of same, Lloyd & Partners will be pleased to make the necessary arrangements.

The name of Salvor's legal representative would also be required to minimise any delays.

## 6.   Duty of Insured

It is important that the Insured /Claimants should be aware of their own, and their Agent's duty under the policy, to take such measures as may be reasonable to avert or minimise loss, and to ensure all Insurers' rights of recourse against responsible third parties (e.g. Suppliers / Shipowners / Receivers) are properly protected.

It should be noted that provided the expenses are reasonably and properly incurred, and are also, as a result of the operation of an insured peril, then such expenses would be for Insurers' account.

If Insured /Claimants are in any doubt whatsoever that they are unable to comply or require advice how to proceed, with this duty they should immediately contact Lloyd & Partners.

Internal Use Only
AG9



## 7. Certificates of Insurance

Where Certificates of Insurance are required and issued, the Claimants should follow the instructions thereon with regard to filing claims against Insurers.

## 8. Claims Services

### Notification and Assessment

Claims should be notified to us (or to Underwriters if the policy provides for direct notification to them) promptly. If you have a third party claim we would advise you not to compromise that claim or admit liability until you have Underwriters' approval to do so. You should observe all conditions in your policy relating to the reporting and handling of claims – failure to do so may well lead to your claim not being paid. Details of claims which are notifiable under the terms of the insurance should be advised to us as your agent without delay, unless the insurance requires claims to be notified directly to the Underwriter(s) or to another party. Upon our receipt of a claim notice from you, we will undertake an assessment of that claim. If we consider that notice of the claim is not required or if the notification appears deficient in any way, we will promptly explain to you the position and seek your further instructions.

Subject to the preceding paragraph, we will notify the participating Underwriter(s) of the claim in a timely fashion and, where applicable, confirm to you in writing when such notification has been made. We will then promptly communicate to you any information, comments or advices, received from the Underwriter(s), in relation to the claim notice(s).

### Negotiation and Settlement

We will diligently pursue settlement and, where agreed with the Underwriter(s), the collection of any claim under the insurance and seek to secure the fullest recovery possible within the terms, conditions and limitations of the insurance. We will not compromise the amount of any claim settlement without your prior approval. Where applicable, we will provide you with written confirmation of the acceptance of the claim and the amount of settlement agreed by the Underwriter(s).

**It is stated that these notes are intended only as an *aide memoire* and do not profess to be an exposition of Marine Insurance or Law. When in doubt assistance should be sought from *Lloyd & Partners* (Claims Unit).**

Internal Use Only
AG9